IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,

      Appellant,

v.

SIDNEY C. FRAISER JR,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3720

_____/

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Alachua County.
Robert Groeb, Judge.

Pamela Jo Bondi, Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellant.

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. *See Mobley v. State*, 197 So. 3d 572 (Fla. 4th DCA 2016), *superseded by statute*, Ch. 2017-115, § 9, at 8, Laws of Fla.

MAKAR and WINSOR, JJ., and BROWN, JOHN T., Associate Judge, CONCUR.